# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

## IN FORMA PAUPERIS AFFIDAVIT

Declaring that the information I have given below is true and correct, I apply to this court for:

☒ appointment of an attorney.

☒ authority to commence an action without prepayment of fees, costs or security.

1. PERSONAL AND FINANCIAL DATA

A. Your full name and present mailing address:

BEVERLY BRABHAM
PO Box 273
ADAMSVILLE, AL 35005

Telephone (if any): 205-915-8002

B. Are you presently employed?   Yes  X   No _____

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Employed in that I sell online. I get some wholesale items, plus sell from purchases at estate & yard sales.

Weekly earnings: $ 400.00 average

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: _____

Weekly earnings: $ _____

Approximately how much money have you received in the past twelve months:

| | |
|---|---|
| as wages, salary, commissions, or earned income of any kind? | $ _400.00 weekly avg._ |
| as interest, dividends, rents, or investment income of any kind? | $ _0_ |
| as gifts or inheritance? | $ _0_ |
| from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? | $ _582.00 SSec Monthly_ |
| from pensions, annuities, workmen's compensation, disability or other insurance policies? | $ _0_ |
| from all other sources? | $ _0_ |

C. How much money do you own or have in any checking or savings accounts?

$ _185.00 approx._

D. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes _X_   No ___

If the answer is "yes," describe the property and state its approximate value:
_Automobile - Toyota 2008 approx $3,800.00_

E. How much money do you owe others?   $ ___

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.
_Monthly house hold Bills approx $850.00 PLUS_
_House payment $780.00_
_Total: $1,630.00_

F. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
_NONE_

2

G.  Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?    Yes _____ No __X__

If the answer is "yes," five the following information for each such person:

Name: Donald Mooneyham
Relationship: Common Law
Employer: Not Employed - Lives in home. I added name even though it asked if employed.
Weekly earnings: $ 132.00 Soc. Sec.

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

H.  Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.
I am behind 16 months on house. I'm in a home modification review at the present time. Possibly facing foreclosure - as I'm told a date could be set anytime. Many circumstances have changed since 2005 when purchased. I.E. - Retirement and decrease in income.

(Attach additional sheets as needed)

II.  **EFFORTS TO OBTAIN ATTORNEY**

(To be completed if requesting
Appointment of an attorney)

A.  Have you talked with an attorney about handling your claim? Yes _____ No __X__

If "yes," give the following information about each attorney with whom you talked:

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.) _____

3

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.) _____

_____
_____
_____

B.  Explain any other efforts you have made to contact an attorney to handler your claim.

*None*

_____
_____

C.  Any other information which supports your application for the court to appoint an attorney for you:

*Cannot afford to hire one. And Please refer to "H" under request to file without fees (page 3), as that same answer applies here.*

D.  Name and address of each attorney who has represented you in the last ten (10) years for any purpose:

_____
_____
_____

(Attach additional sheets as needed)

III.  **ATTESTATION AND SIGNATURE**

Under penalty of perjury, I declare that the information given on the preceding __4__ pages is true and correct.

Date: __3-31-17__                    *Beverly Brabham*
                                      SIGNATURE

WITNESS:

*Donald Mooneyham*
*Jamna C. Williams*

4